JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RAY D. NAVARRO,
Petitioner,
v.
KEN CLARK, Warden,
Respondent.

Case No. CV 08-7174-CJC (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 12, 2011

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE