JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY D. NAVARRO, | ) Case No. CV 08-7174-CJC (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KEN CLARK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 12, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1